UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
COUNTY OF New York

---------------------------------------------------------------X   Index No.   07 CV 3102
PHYLLIS WAGUESPACK,

                              Plaintiff(s)

      Against                                                      Affidavit of Service of

MERCK & CO., INC.,,                                          Summons and Complaint

                              Defendant(s)
---------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on April 30, 2007 at 09:58 AM at the address
      ONE MERCK DRIVE
      WHITEHOUSE STATION, NJ 08889

deponent served the within Summons and Complaint

UPON: **MERCK & CO., INC.-**

By personally delivering a true copy of the Summons and Complaint to MAUREEN B. MITNIK, managing agent thereof.

Deponent describes the person actually served as follows:
SEX:     FEMALE
SKIN:    White
HAIR:    Brown and Blonde
AGE:     36-50
HEIGHT: 5'4"-5'8"
WEIGHT: 131-160
OTHER FEATURES: Glasses

        I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

Sworn to before me this   3rd day of May, 2007

REGENIA HYMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01HY6045811
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES: July 31, 2010

ANGELO RODRIGUEZ
LICENSE NO.: 1000177